UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DANIL CARTER,<br><br>Petitioner,<br><br>v.<br><br>F. GUZMAN,<br><br>Respondent. | Case No. 5:24-cv-00567 WLH (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated June 15, 2026, [Dkt. No. 20]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 20], is accepted;
2. The Petition is denied;

3. The Certificate of Appealability is denied; and

4. Judgment is to be entered accordingly.

DATED: August 11, 2026

THE HONORABLE WESLEY L. HSU
United States District Judge