JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE DANIL CARTER,<br>Petitioner,<br>v.<br>F. GUZMAN,<br>Respondent. | Case No. 5:24-cv-00567 WLH (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is denied and the above-captioned case is dismissed with prejudice.

DATED: August 11, 2026

THE HONORABLE WESLEY L. HSU
United States District Judge